RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorneys for Defendant, State Farm Fire and*
*Casualty Company and State Farm Mutual Automobile Ins. Co.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SELF,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:<br><br><br>**NOTICE OF REMOVAL** |

TO:　　THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

　　　　Defendants, State Farm Fire and Casualty Company ("State Farm Fire"), and State Farm Mutual

Automobile Insurance Company ("State Farm Auto"), by and through their attorneys, Hall Jaffe &

Clayton, LLP, hereby remove this action to the United States District Court for the District of Nevada.

　　　　The basis of removal is as follows:

　　　　1.　　This Court has original jurisdiction over the subject matter of this action under the

provisions of 28 U.S.C. § 1332 in that there is complete diversity between the parties and more than

$75,000 in controversy, exclusive of interest and costs.

　　　　2.　　State Farm Fire and State Farm Auto are defendants in the above-entitled action now

pending in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-765247-C.  State

Farm Fire and State Farm Auto are Illinois corporations with their principal place of business in that

1  state, and are authorized to transact insurance under the laws of the State of Nevada.  Plaintiff, John Self

2  (hereinafter "Plaintiff"), is a citizen of the state of Nevada.

3       3.     With respect to the amount in controversy, the allegations in the complaint coupled with

4  other documents, including a judgment stemming from lawsuit styled *John Self v. Manuel Blanco, Jr.*

5  *and Judy L. Medina*, Clark County, Nevada, Case No. A-14-A697640-C (the "Underlying Lawsuit"), all

6  of which are fully incorporated by reference herein, establish an amount in controversy well in excess of

7  $75,000.  In sum, the complaint herein alleges that John Self filed a bodily injury/negligence lawsuit,

8  i.e., the Underlying Lawsuit, against Manuel Blanco, Jr. and Judy L. Medina, which arose from injuries

9  and damages that John Self allegedly sustained from a motorized mini-bike accident; that State Farm

10  purportedly failed to defend and/or indemnify Manuel Blanco, Jr. And Judy L. Medina in the Underlying

11  Lawsuit; that John Self obtained a judgment against Manuel Blanco, Jr. and Judy L. Medina in the

12  amount of $1,000,000 in the Underlying Lawsuit; and that by assignment of rights, John Self is now

13  pursuing enforcement of the $1,000,000 judgment against Manuel Blanco, Jr.'s and Judy L. Medina's

14  insurance carriers, State Farm Fire and State Farm Auto.  As such, the amount in controversy is at least

15  $1,000,000, which greatly exceeds the $75,000 threshold amount for diversity jurisdiction, thereby

16  making this case appropriate for removal.

17       4.     The Notice of Removal is timely.  Service of the Summons and Complaint upon State

18  Farm Fire was effected by service upon the Commissioner of Insurance of the State of Nevada on

19  January 2, 2018.  Service of the Summons and Complaint upon State Farm Fire was effect by service

20  upon the Commissioner of Insurance of the State of Nevada on January 2, 2018.

21       5.     Copies of Plaintiff's Complaint, Summonses, and Proofs of Service, with respect to

22  State Farm Fire and State Farm Auto are attached hereto as "Exhibit A – Summonses and Service Docs."

23  This constitutes all of the papers and pleadings served on State Farm.

24       6.     State Farm Fire and State Farm Auto have concurrently filed a copy of this Notice of

25  Removal with the Clark County District Court Clerk, and has served a copy of this upon Plaintiff.

26       Based on the foregoing, Defendants, State Farm Fire and State Farm Auto, hereby remove the

27

28  ///

above action now pending in District Court, Clark County, Nevada, Case No. A-17-765247-C, to this

Court.

DATED this ___24th___ day of January, 2018.

HALL JAFFE & CLAYTON, LLP

By _____
RILEY A. CLAYTON
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant,*
*State Farm Mutual Automobile Ins. Co.*

3

<u>**CERTIFICATE OF E-SERVICE**</u>

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of HALL JAFFE & CLAYTON, LLP, and that on November _____, 2017, the foregoing **NOTICE OF REMOVAL**, was served upon the parties via the Court's e-filing and service program, addressed as follows:

Justin L. Watkins, Esq.
Sabrina G. Wibicki, Esq.
ATKINSON WATKINS & HOFFMANN, LLP
10789 W. Twain Avenue, Suite 100
Las Vegas, NV 89135
Tel: (702) 562-6000
Fax: (702) 562-6266
Email: jwatkins@awhlawyers.com
swibicki@awhlawyers.com
*Attorneys for Plaintiff*


_____
An Employee of
HALL JAFFE & CLAYTON, LLP

# EXHIBIT "A"
## (Summonses and Service Docs)

# EXHIBIT "A"
## (Summonses and Service Docs)

ORIGINAL

RECEIVED
JAN 02 2018
DIVISION OF INSURANCE
STATE OF NEVADA

1   SUMM
    JUSTIN L. WATKINS, ESQ.
2   Nevada Bar No. 9217
    SABRINA G. WIBICKI, ESQ.
3   Nevada Bar No. 10669
    ATKINSON WATKINS & HOFFMANN, LLP
4   10789 W. Twain Avenue, Suite 100
    Las Vegas, Nevada 89135
5   Telephone: 702-562-6000
    Facsimile: 702-562-6066
6   Email: jwatkins@awhlawyers.com
    Email: swibicki@awhlawyers.com
7   *Attorneys for Plaintiff*

8                    **DISTRICT COURT**

9                **CLARK COUNTY, NEVADA**

10
    JOHN SELF,                          CASE NO.:  A-17-765247-C
11                                      DEPT. NO.:  XV
                        Plaintiff,
12
        v.
13
    STATE FARM FIRE AND CASUALTY
14  COMPANY;  STATE  FARM  MUTUAL
    AUTOMOBILE INSURANCE COMPANY;
15  DOE INDIVIDUALS I through X, inclusive;
    and ROE CORPORATIONS I through X,
16  inclusive,

17                      Defendants.

18                    **SUMMONS**

19
    **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU**
20  **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ**
    **THE INFORMATION BELOW.**
21
22      TO:    Defendant STATE FARM FIRE AND CASUALTY COMPANY

23      A civil Complaint ("Complaint") has been filed by the Plaintiff against you for the relief set

24  forth in the Complaint.

25      1.     If you intend to defend this lawsuit, within 20 days after this Summons is served on

26  you, exclusive of the day of service, you must do the following.

27

28

1      a.    File with the Clerk of this Court, whose address is shown below, a formal

2  written response to the Complaint in accordance with the rules of the Court, with the appropriate

3  filing fee.

4      b.    Serve a copy of your response upon the attorney whose name and address is

5  shown below.

6      2.    Unless you respond, your default will be entered upon application of the Plaintiff

7  and failure to so respond will result in a judgment of default against you for the relief demanded in

8  the Complaint, which could result in the taking of money or property or other relief requested in

9  the Complaint.

10     3.    If you intend to seek the advice of an attorney in this matter, you should do so

11 promptly so that your response may be filed in time.

12     4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board

13 members, commission members and legislators each have 45 days after service of this Summons

14 within which to file an Answer or other responsive pleading to the Complaint.

15 Issued at direction of:

16 ATKINSON, WATKINS & HOFFMANN, LLP                CLERK OF THE COURT

17

18 JUSTIN WATKINS, ESQ.                             DEPUTY CLERK              Date
   Nevada Bar No. 9217                             Regional Justice Center
19 SABRINA G. WIBICKI, ESQ.                        200 Lewis Avenue
   Nevada Bar No. 10669                            Las Vegas, Nevada 89101
20 10789 W. Twain Avenue, Suite 100
   Las Vegas, Nevada 89135
21 *Attorney for Plaintiff*

22

23 **NOTE: When service is by publication, add a brief statement of the object of the action. See**
   **Nevada Rules of Civil Procedure 4(b)**

24

25

26

27

28

- 2 -

RECEIVED

JAN 02 2018

DIVISION OF INSURANCE
STATE OF NEVADA

Electronically Filed
11/28/2017 5:08 PM
Steven D. Grierson
CLERK OF THE COURT

1  **COMP**
JUSTIN L. WATKINS, ESQ.
2  Nevada Bar No. 9217
SABRINA G. WIBICKI, ESQ.
3  Nevada Bar No. 10669
ATKINSON WATKINS & HOFFMANN, LLP
4  10789 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89135
5  Telephone:  702-562-6000
Facsimile:  702-562-6066
6  Email:  jwatkins@awhlawyers.com
Email:  swibicki@awhlawyers.com
7  *Attorneys for Plaintiff*

8                    **DISTRICT COURT**

9              **CLARK COUNTY, NEVADA**

10

11  JOHN SELF,                           CASE NO.:    A-17-765247-C
                                         DEPT. NO.:      Department 15
                Plaintiff,
12
    v.
13
    STATE FARM FIRE AND CASUALTY
14  COMPANY;  STATE  FARM  MUTUAL
    AUTOMOBILE INSURANCE COMPANY;
15  DOE INDIVIDUALS I through X, inclusive;
    and ROE CORPORATIONS I through X,
16  inclusive,

17                Defendants.

18

19                    **COMPLAINT**

20        COMES NOW, Plaintiff, JOHN SELF (hereinafter referred to as "Plaintiff" or "Mr.

21  SELF"), by and through his attorneys of record, ATKINSON WATKINS & HOFFMANN, LLP,

22  and hereby alleges and complains as follows:

23                         **I.**

24                    **PARTIES**

25        1.    At all times relevant herein, Plaintiff JOHN SELF was and is a resident of Clark

26  County, Nevada.

27  . . .

28  . . .

2.     Plaintiff is informed and believes, and thereupon alleges, that, at all times relevant herein, Defendant STATE FARM FIRE AND CASUALTY COMPANY was and is an insurance company duly licensed and authorized to conduct business in the State of Nevada.

3.     Plaintiff is informed and believes, and thereupon alleges, that, at all times relevant herein, Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (with STATE FARM FIRE AND CASUALTY COMPANY hereinafter collectively referred to as "Defendants" or "STATE FARM") was and is an insurance company duly licensed and authorized to conduct business in the State of Nevada.

4.     The true names of Defendants DOE INDIVIDUALS I through X and ROE CORPORATIONS I through X (hereinafter collectively referred to as "DOE Defendants") are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. When the true names and capacities of these Defendants are ascertained, Plaintiff will amend his Complaint accordingly.

5.     Defendants DOES I through X and ROE CORPORATIONS I through X are individuals and/or entities who were/are agents, servants, or employees of STATE FARM and, at all times relevant herein, were acting within the scope and course of said agency or employment with knowledge, permission and/or consent of STATE FARM.   Plaintiff alleges that one or more of the DOE Defendants was responsible for the insurance policies issued to MANUEL BLANCO, JR. and JUDY L. MEDINA which were in effect on March 27, 2013 to defend and indemnify MANUEL BLANCO, JR. and JUDY L. MEDINA for any claim and lawsuits, including the claim initiated and lawsuit filed by Plaintiff JOHN SELF against MANUEL BLANCO, JR. and JUDY L. MEDINA due to a miniature motorcycle accident that caused Mr. SELF to suffer serious injuries.

II.

## GENERAL ALLEGATIONS AND FACTS COMMON TO ALL CLAIMS FOR RELIEF

6.     At all times mentioned herein, MANUEL BLANCO, JR. and JUDY L. MEDINA were covered under a homeowners' policy of insurance from STATE FARM FIRE AND CASUALTY COMPANY, and/or DOE Defendants, in effect on March 27, 2013 (hereinafter referred to as "Homeowners Insurance Policy").

-2-

7.     At all times mentioned herein, MANUEL BLANCO, JR. and JUDY L. MEDINA were covered under an automobile policy of insurance from STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and/or DOE Defendants, in effect on March 27, 2013 (hereinafter referred to as "Automobile Insurance Policy").

8.     MANUEL BLANCO, JR. and JUDY L. MEDINA's Homeowners Insurance Policy with STATE FARM FIRE AND CASUALTY COMPANY contained liability policy limits.

9.     MANUEL BLANCO, JR. and JUDY L. MEDINA's Homeowners Insurance Policy with STATE FARM FIRE AND CASUALTY COMPANY included a provision that allowed for payment for a defense and indemnification.

10.    MANUEL BLANCO, JR. and JUDY L. MEDINA's Automobile Insurance Policy with STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY contained liability policy limits of $15,000.00.

11.    MANUEL BLANCO, JR. and JUDY L. MEDINA's Automobile Insurance Policy with STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY included a provision that allowed for payment for a defense and indemnification.

12.    On March 27, 2013, MANUEL BLANCO, JR. and JUDY L. MEDINA were the owners of a certain miniature motorcycle. On said date, Mr. BLANCO and/or Ms. MEDINA asked Plaintiff JOHN SELF to test drive their miniature motorcycle around their neighborhood. While Mr. SELF was riding the miniature motorcycle, the accelerator stuck in the "on" position and he was unable to stop the motorcycle, subsequently striking the curb and suffering serious injuries.

13.    On March 13, 2014, Plaintiff JOHN SELF filed a lawsuit against MANUEL BLANCO, JR. and JUDY L. MEDINA arising out of the incident which occurred on March 27, 2013 (hereinafter referred to as "the underlying lawsuit").

14.    STATE FARM and/or DOE Defendants refused to hire counsel and defend MANUEL BLANCO, JR. and JUDY L. MEDINA in the underlying lawsuit.

15.    On October 5, 2016, a Judgment was entered in favor of Plaintiff JOHN SELF and against MANUEL BLANCO, JR. and JUDY L. MEDINA in the amount of $1,000,000.00.

. . .

- 3 -

16.     STATE FARM and/or DOE Defendants failed to pay the personal liability limits to Plaintiff JOHN SELF either under MANUEL BLANCO, JR. and JUDY L. MEDINA's Homeowners Insurance Policy or the Automobile Insurance Policy.

17.     STATE FARM failed to indemnify MANUEL BLANCO, JR. and JUDY L. MEDINA under their Homeowners Insurance Policy or Automobile Insurance Policy for the full amount of the Judgment obtained.

18.     In exchange for a covenant not to execute against the Judgment, MANUEL BLANCO, JR. and JUDY L. MEDINA have assigned to Plaintiff JOHN SELF all of their rights, interest and claims in the policies issued by STTAE FARM, or any other applicable insurer, for any claims and/or causes of action arising under Nevada law.

### III.
### FIRST CAUSE OF ACTION
### (Breach of Contract)

19.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 18 herein above and incorporate the same by reference as though fully set forth herein.

20.     At all times relevant herein, MANUEL BLANCO, JR. and JUDY L. MEDINA contracted for liability insurance from Defendants and/or DOE Defendants under a Homeowners Insurance Policy and an Automobile Insurance Policy, both of which included payments for defense in a lawsuit and indemnification.

21.     MANUEL BLANCO, JR. and JUDY L. MEDINA filed a claim for benefits with STATE FARM FIRE AND CASUALTY COMPANY pursuant to their Homeowners Insurance Policy for the claim initiated and lawsuit filed by Plaintiff JOHN SELF.

22.     MANUEL BLANCO, JR. and JUDY L. MEDINA filed a claim for benefits with STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY pursuant to their Automobile Insurance Policy for the claim initiated and lawsuit filed by Plaintiff JOHN SELF.

23.     Defendants and/or DOE Defendants failed to perform their duties under the Homeowners Insurance Policy and Automobile Insurance Policy, however, by failing to pay the personal liability limits to Plaintiff JOHN SELF, who was a third-party beneficiary of MANUEL

- 4 -

BLANCO, JR. and JUDY L. MEDINA's Homeowners Insurance Policy and Automobile Insurance Policy.

24.     Defendants and/or DOE Defendants further failed to perform their duties under the Homeowners Insurance Policy and Automobile Insurance Policy by failing to provide MANUEL BLANCO, JR. and JUDY L. MEDINA with a defense and indemnification relative to the underlying lawsuit.

25.     As a result of Defendants' and/or DOE Defendants' failure to perform their duties under the Subject Policy, Defendants and/or DOE Defendants materially breached the subject insurance policies.

26.     As a result of Defendants' and/or DOE Defendants' breach of the subject insurance policies, Plaintiff JOHN SELF has incurred compensatory damages.

27.     As a result of Defendants' and/or DOE Defendants' breach of the subject insurance policies, Plaintiff JOHN SELF has consequential and incidental damages.

28.     As a result of Defendants' and/or DOE Defendants' breach of the subject insurance policies, it has been necessary for Plaintiff JOHN SELF to retain the services of an attorney to pursue this claim and Plaintiff is, therefore, entitled to recover reasonable attorneys' fees.

WHEREFORE, Plaintiff prays for judgment in their favor and against Defendants and/or DOE Defendants as follows:

1.     General and special damages in excess of $1,000,000.00;

2.     Compensatory and expectation damages for denied policy benefits;

3.     Consequential damages, including emotional distress and attorney's fees;

4.     Costs of suit incurred herein; and

. . .

. . .

. . .

. . .

. . .

. . .

- 5 -

5.      Any other and further relief as this Honorable Court may deem proper under the circumstances.

DATED this 28th day of November, 2017.

ATKINSON WATKINS & HOFFMANN, LLP

By:      /s/ Sabrina G. Wibicki, Esq.
JUSTIN L. WATKINS, ESQ.
Nevada Bar No. 9217
SABRINA G. WIBICKI, ESQ.
Nevada Bar No. 10669
10789 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

BRIAN SANDOVAL
*Governor*

**STATE OF NEVADA**

C.J. MANTHE
*Director*

BARBARA D. RICHARDSON
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY
**DIVISION OF INSURANCE**
3300 West Sahara Avenue, Suite 275
Las Vegas, Nevada 89102-3200
(702) 486-4009    •    Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

January 8, 2018

Sabrina G. Wibicki, Esq.
ATKINSON WATKINS & HOFFMANN, LLP
10789 W. Twain Ave., Ste. 100
Las Vegas, NV 89135

RE:    John Self vs. State Farm Fire and Casualty Company, et al.
        District Court, Clark County, Nevada
        Case No. A-17-765247-C

Dear Ms. Wibicki:

      The Division received the service of process documents on January 2, 2018, regarding the above-entitled matter. Service has been completed on State Farm Fire & Casualty Company this date and enclosed are the following:

1.    A copy of our letter to State Farm Fire & Casualty Company dated January 8, 2018;
2.    A certified copy of the Proof of Service dated January 8, 2018; and
3.    Your receipt in the amount of $30.00.

      Pursuant to *Nevada Revised Statutes (NRS)* 680A.260, 685A.200, and 685B.050, all documents after initial service of process may be served directly to the party.

      If you have any questions regarding this service, please so advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By: _____
RHONDA KELLY
Service of Process Clerk

Enclosures

c:    State Farm Fire & Casualty Company

BRIAN SANDOVAL
*Governor*

**STATE OF NEVADA**

C.J. MANTHE
*Director*

BARBARA D. RICHARDSON
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY
**DIVISION OF INSURANCE**
3300 West Sahara Avenue, Suite 275
Las Vegas, Nevada 89102-3200
(702) 486-4009  •  Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

January 8, 2018

State Farm Fire & Casualty Company
c/o CSC Services of Nevada, Inc.
2215 Renaissance Dr., Ste. B
Las Vegas, NV 89119-6727

RE:    John Self vs. State Farm Fire and Casualty Company, et al.
       District Court, Clark County, Nevada
       Case No. A-17-765247-C

Dear Sir or Madam:

Enclosed please find the following documents: Summons and Complaint. These documents have been served upon the Commissioner of Insurance as your attorney for service of process on January 2, 2018.

The appropriate action should be taken immediately, as you may only have 30 days from the date of this service to respond.

If you have any questions regarding this service, please advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By:   RHONDA KELLY
      Service of Process Clerk

Enclosures

c:    Sabrina G. Wibicki, Esq.

## PROOF OF SERVICE

I hereby declare that on this day I served a copy of the Summons and Complaint upon the following defendant in the within matter, by shipping a copy thereof, via Certified mail, return receipt requested, to the following:

> State Farm Fire & Casualty Company
> c/o CSC Services of Nevada, Inc.
> 2215 Renaissance Dr., Ste. B
> Las Vegas, NV 89119-6727
> CERTIFIED MAIL NO. 7016 3010 0000 0484 2161

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 8th day of January, 2018.

_____
RHONDA KELLY
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE:   John Self vs. State Farm Fire and Casualty Company, et al.
        District Court, Clark County, Nevada
        Case No. A-17-765247-C

State of Nevada, Division of Insurance
This document on which this certificate
is stamped is a full, true and correct
copy of the original.

Date: 1/8/18     By: _____

-1-



Electronically Filed
1/22/2018 2:44 PM
Steven D. Grierson
CLERK OF THE COURT

1   **PSER**
JUSTIN L. WATKINS, ESQ.
2   Nevada Bar No. 9217
SABRINA G. WIBICKI, ESQ.
3   Nevada Bar No. 10669
ATKINSON WATKINS & HOFFMANN, LLP
4   10789 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89135
5   Telephone:  702-562-6000
Facsimile:  702-562-6066
6   Email:  jwatkins@awhlawyers.com
Email:  swibicki@awhlawyers.com
7   *Attorneys for Plaintiff*

8                    **DISTRICT COURT**

9               **CLARK COUNTY, NEVADA**

10

11   JOHN SELF,                              CASE NO.:  A-17-765247-C
                                             DEPT. NO.:  XV
        Plaintiff,

12

     v.

13

     STATE  FARM  FIRE  AND  CASUALTY
14   COMPANY;  STATE  FARM  MUTUAL
     AUTOMOBILE  INSURANCE  COMPANY;
15   DOE INDIVIDUALS I through X, inclusive;
     and ROE CORPORATIONS  I  through  X,
16   inclusive,

17        Defendants.

18   <u>**PROOF OF SERVICE RE: DEFENDANT STATE FARM MUTUAL**</u>
19        <u>**AUTOMOBILE INSURANCE COMPANY**</u>

20        Attached hereto as **Exhibit "1"** is the Proof of Service of Summons and Complaint on

21   Defendant STATE FARM FIRE MUTUAL AUTOMOBILE INSURANCE COMPANY.

22        DATED this 22nd day of January, 2018.

23                         ATKINSON WATKINS & HOFFMANN, LLP

24

25        By:    /s/ Sabrina G. Wibicki, Esq.
                 SABRINA G. WIBICKI, ESQ.
26               Nevada Bar No. 10669
                 10789 W. Twain Ave., Suite 100
27               Las Vegas, NV 89135
                 *Attorneys for Plaintiff*

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of Atkinson Watkins & Hoffmann, LLP and that on the 22nd day of January, 2018, I caused to be served via Wiznet, the Court's mandatory efiling/eservice system, a true and correct copy of the document described herein.

**Document Served:** **<u>PROOF OF SERVICE RE: DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY</u>**

**Person(s) Served:**

Tatiana Sison
ROGERS MASTRANGELO CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, NV 89101
Email: tsison@rmcmlaw.com
*Attorney for Defendant*

_____/s/ Jennifer Lopez_____
An Employee of Atkinson Watkins & Hoffmann LLP

- 2 -

EXHIBIT 1

BRIAN SANDOVAL
*Governor*

**STATE OF NEVADA**

C.J. MANTHE
*Director*

BARBARA D. RICHARDSON
*Commissioner*



**DEPARTMENT OF BUSINESS AND INDUSTRY**
**DIVISION OF INSURANCE**
3300 West Sahara Avenue, Suite 275
Las Vegas, Nevada 89102-3200
(702) 486-4009    •    Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

January 8, 2018

Sabrina G. Wibicki, Esq.
ATKINSON WATKINS & HOFFMANN, LLP
10789 W. Twain Ave., Ste. 100
Las Vegas, NV 89135

RE:    John Self vs. State Farm Fire and Casualty Company, et al.
District Court, Clark County, Nevada
Case No. A-17-765247-C

Dear Ms. Wibicki:

The Division received the service of process documents on January 2, 2018, regarding the above-entitled matter. Service has been completed on State Farm Mutual Automobile Insurance Company this date and enclosed are the following:

1. A copy of our letter to State Farm Mutual Automobile Insurance Company dated January 8, 2018;
2. A certified copy of the Proof of Service dated January 8, 2018; and
3. Your receipt in the amount of $30.00.

Pursuant to *Nevada Revised Statutes (NRS)* 680A.260, 685A.200, and 685B.050, all documents after initial service of process may be served directly to the party.

If you have any questions regarding this service, please so advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By:    RHONDA KELLY
Service of Process Clerk

Enclosures

c:    State Farm Mutual Automobile Insurance Company

BRIAN SANDOVAL
*Governor*

**STATE OF NEVADA**

C.J. MANTHE
*Director*

BARBARA D. RICHARDSON
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY
DIVISION OF INSURANCE
3300 West Sahara Avenue, Suite 275
Las Vegas, Nevada 89102-3200
(702) 486-4009      •      Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

January 8, 2018

State Farm Mutual Automobile Insurance Company
c/o CSC Services of Nevada, Inc.
2215 Renaissance Dr., Ste. B
Las Vegas, NV 89119-6727

RE:     John Self vs. State Farm Fire and Casualty Company, et al.
District Court, Clark County, Nevada
Case No. A-17-765247-C

Dear Sir or Madam:

Enclosed please find the following documents: Summons and Complaint. These documents have been served upon the Commissioner of Insurance as your attorney for service of process on January 2, 2018.

The appropriate action should be taken immediately, as you may only have 30 days from the date of this service to respond.

If you have any questions regarding this service, please advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By:   *Rhonda Kelly*
RHONDA KELLY
Service of Process Clerk

Enclosures

c:      Sabrina G. Wibicki, Esq.

## PROOF OF SERVICE

I hereby declare that on this day I served a copy of the Summons and Complaint upon the following defendant in the within matter, by shipping a copy thereof, via Certified mail, return receipt requested, to the following:

> State Farm Mutual Automobile Insurance Company
> c/o CSC Services of Nevada, Inc.
> 2215 Renaissance Dr., Ste. B
> Las Vegas, NV 89119-6727
> CERTIFIED MAIL NO. 7016 3010 0000 0484 2161

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 8th day of January, 2018.

_____
RHONDA KELLY
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE:   John Self vs. State Farm Fire and Casualty Company, et al.
      District Court, Clark County, Nevada
      Case No. A-17-765247-C

State of Nevada, Division of Insurance
This document on which this certificate
is stamped is a full, true and correct
copy of the original.

Date: 1/8/18    By: _____