# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SELF, | Case No.: 2:18-cv-00138-GMN-NJK |
| Plaintiff(s), | |
| v. | **Order** |
| STATE FARM FIRE AND CASUALTY COMPANY, | [Docket No. 22] |
| Defendant(s). | |

Pending before the Court is a stipulation to stay discovery pending resolution of the parties' cross-motions for summary judgment, Docket No. 22, which is hereby **GRANTED**. In the event resolution of the cross-motions for summary judgment does not result in the termination of this case, the parties shall file a joint proposed schedule to move this case forward to resolution within 14 days of the issuance of the order resolving those motions.

IT IS SO ORDERED.

Dated: June 29, 2018

_____
Nancy J. Koppe
United States Magistrate Judge